UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES NIEDERRITER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:05CV643 RWS |
| CSC CREDIT SERVICES, INC., et. al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Defendant CSC Credit Services, Inc. (CSC), previously filed a motion to quash Plaintiff's subpoenas. CSC has now informed the Court that the motion to quash is moot. As a result, I will deny the motion to quash without prejudice, and I will vacate the hearing scheduled for August 15, 2005.

Accordingly,

**IT IS HEREBY ORDERED** that CSC's motion to quash [#18] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the hearing set for August 15, 2005 is **VACATED.**

Dated this 12th day of August, 2005.

\_\_RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE