UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES NIEDERRITER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CV643 RWS |
| | ) | |
| CSC CREDIT SERVICES, INC., et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that a Rule 16 Conference will be held on **December 15, 2005, at 9:30 a.m.** in the chambers of the undersigned. The parties shall submit a joint proposed scheduling plan, in accordance with my Order dated August 11, 2005 [#10], no later than December 8, 2005.

Dated this 23d day of November, 2005.

\_RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE