UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES NIEDERRITER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CV643 RWS |
| | ) | |
| CSC CREDIT SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

On December 31, 2005, the Court was notified that this action was settled. Accordingly, I entered an Order denying all pending motions without prejudice and ordering the parties to file their dismissal papers within thirty days. On December 16, 2005, Plaintiff and Defendant Trans Union, LLC, filed their dismissal papers. I entered an Order of Dismissal between Plaintiff and Trans Union, LLC, on December 21, 2005. The Court Clerk terminated the case subsequent to the Order of Dismissal.

However, the Court has not yet received dismissal papers between Plaintiff and Defendants CSC Credit Services, Inc., Experian Information Solutions, Inc., or Capitol One Bank. Accordingly, the Clerk shall reopen the case, and Plaintiff shall file papers within fourteen days indicating the status of this case as to the remaining Defendants, or if appropriate, the proper dismissal papers.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall reopen this case.

**IT IS HEREBY ORDERED** that Plaintiff shall file papers within fourteen days of the date of this Order indicating the status of this case as to the remaining Defendants, or if appropriate, the proper dismissal papers.

Dated this 6th day of January, 2006.

_____
\_RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE